**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DAVID DOYLE ERWIN,                                                                                    PLAINTIFF

v.                                            3:15CV00110-JM-JJV

GREG TROUT,
Paragould Police Department; *et al.*                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendant Sue Simpson's Motion to Dismiss for Failure to State a Claim (Doc. No. 17) is GRANTED.

2.      Defendant Sue Simpson is DISMISSED without prejudice under Rule 12(b)(6) due to Plaintiff's failure to state an actionable claim against her.

DATED this 26th day of October, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE