# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DAVID DOYLE ERWIN                                                               PLAINTIFF

v.                                    3:15CV00110-JM-JJV

GREG TROUT, Captain, Paragould
Police Department; *et al*.                                                 DEFENDANTS

## ORDER & JUDGMENT

Before the Court is Defendants' Motion to Dismiss Due to Settlement. (Doc. No. 70.) Defendants state, "The parties have reached a full and final settlement of all claims in the above-captioned case. A condition of the settlement is that the Plaintiff dismisses with prejudice his claims against all defendants in this matter." (*Id.*) Defendants note that Plaintiff filed this action *pro se*, so the Court has waited to rule on this Motion until the time to respond has elapsed.

Having received no response from Plaintiff and for good cause shown, the Motion to Dismiss Due to Settlement (Doc. No. 70) is GRANTED. Consistent with this Order, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

DATED this 13th day of September, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE